IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY BRULO, | : | |
| Plaintiff, | | |
| V. | : (Judge Conaboy) | |
| DEPARTMENT STORES NATIONAL BANK | | |
| | : 3: 18-CV-492 | |
| Defendant. | | |

FILED
SCRANTON
JUL 0 3 2018
Per_____
DEPUTY CLERK

ORDER

BECAUSE the Defendant, has filed a Motion to Compel Arbitration in this matter (Doc.10); and

BECAUSE, counsel for the Plaintiff, has notified the Court (Doc. 13), that Plaintiff, will not oppose this motion, the following Order is entered:

1. The Defendant's Motion to Stay and Compel Arbitration (Doc. 10), is Granted.

2. This matter is stayed pending the resolution of her claims in arbitration.

3. The Clerk of Court is directed to close this matter for statistical purposes, without prejudice to either party, to the right to reopen this matter if deemed necessary.

BY THE COURT:

Date: July 3, 2018

/s/ Richard P. Conaboy
Richard P. Conaboy
United States District Judge